# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**JEFFERY WILLIAM CORNELIOUS**
**#68489**                                                    **PLAINTIFF**

v.                          No. 3:19-cv-109-DPM

**CRAIGHEAD COUNTY DETENTION CENTER        DEFENDANT**

## ORDER

Cornelious hasn't objected to the recommendation; his mail is now being returned undelivered. № 5. Unopposed recommendation, № 4, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Cornelious's complaint will be dismissed without prejudice for failure to state a claim. This dismissal counts as a "strike" within the meaning of 28 U.S.C. § 1915(g). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

13 June 2019