# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**JEFFERY WILLIAM CORNELIOUS**
**#68489**                                                      **PLAINTIFF**

v.                          No. 3:19-cv-109-DPM

**CRAIGHEAD COUNTY DETENTION CENTER**         **DEFENDANT**

## JUDGMENT

Cornelious's complaint is dismissed without prejudice.

*[signature]*
D.P. Marshall Jr.
United States District Judge

13 June 2019